UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CROSS FIRE & SECURITY COMPANY, INC., et al.,

                Plaintiff,

-v.-

ALAN DOORLY, et al.,

                Defendant.

25 Civ. 04574 (JHR)

<u>ORDER</u>

JENNIFER H. REARDEN, District Judge:

      Plaintiff initiated this action by filing a complaint on May 31, 2025. Plaintiff apparently seeks to proceed with a redacted complaint, including two redacted exhibits and two entirely sealed exhibits, "in an otherwise publicly available case." Rule 6.14 of the S.D.N.Y. Electronic Case Filing Rules & Instructions (the "ECF Rules"). Pursuant to the ECF Rules, such a proceeding must be commenced as a miscellaneous case, with a motion to file a civil case under seal. *See id.*

      It is hereby ORDERED that this action is dismissed for failure to comply with ECF Rule 6.14. Plaintiff may bring a new action in accordance with that rule. Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

      The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: June 2, 2025
       New York, New York

                                                      JENNIFER H. REARDEN
                                                    United States District Judge